

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Dept. of Labor,<br><br>Petitioner,<br><br>v.<br><br>CARING LIKE FAMILY, INC., a California corporation, and DEBORA GREGORY, an individual,<br><br>Respondents. | Case No. 2:25-cv-09306-CV-PDx<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition filed by the Secretary of Labor, U. S. Department of Labor ("Secretary") seeking an order compelling Respondents Caring Like Family, Inc. and Debora Gregory ("Respondents") to produce the records set forth in the two identical Subpoenas Duces Tecum issued and served by the Acting Regional Director, Employee Benefits Security Administration ("EBSA") on each Respondent (the "Subpoenas"), the records on file, and the Report and Recommendation of United States Magistrate Judge (the "Report"). Respondents did not oppose the Petition, and no objections to the Report were filed.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

The Petition is Granted.

By no later than two weeks after the date of this Order, Respondents will comply with the Subpoenas and produce the documents and records requested therein, and specifically the following:

**For Subpoena Item 5:**

1. Documentation, including the declarations page and any associated riders/endorsements, of the fidelity bonds which Caring Like Family reported on each year's Form 5500 under Part V, Item 10(c), covering the following amounts:

    a. 2020[1]: $1,000

    b. 2021: $10,000

    c. 2022: $10,000

    d. 2023: $8,000

    e. 2024: $9,000

2. Documentation, including the declarations page and any associated riders/endorsements, of any fidelity bonds held by the Plan Sponsor or the Caring Like Family, Inc. 401(k) Plan ("the 401(k) Plan") from 2025 to date.

3. For the following insurance policies, (1) the terms and conditions pages for each policy and (2) any other policy documents needed to confirm whether the 401(k) Plan itself (rather than Caring Like Family) is covered by each policy.

    a. All policies listed on Certificate No. CL2042111194

---

[1] If this bond was used or relied upon during the Covered Period (which encompasses all documents created on or after January 1, 2021 and documents created before that date which were used or relied on as of January 1, 2021).

2

   b. All policies listed on Certificate No. CL2112211701

   c. All policies listed on Certificate No. CL2312213109

   d. All policies listed on Certificate No. CL2312213111

   e. All policies listed on Certificate No. "Proof Only":

      i. Commercial General Liability policy VHNU-HG-0028137-01

      ii. Umbrella Liability policy VHNU-HX-0028149-01, and EPLI & D&O policy EKS3389690.

   f. All policies listed on Certificate No. CL2042111193

   g. All policies listed on Certificate No. CL2112211703.

4. Any other declarations page and riders/endorsements related to Directors and Officers insurance held by the 401(k) Plan Sponsor or the 401(k) Plan covering January 1, 2021 to the present.

**For Subpoena Item 7:**

5. The 401(k) Plan's 2021 and 2022 Summary Annual Reports.

**For Subpoena Items 11, 13, 15, and 21:**

6. The 401(k) Plan's Executive Summary Statements covering January 1, 2021 through September 2021.

**For Subpoena Items 12-14:**

7. Applicable contracts, service agreements, engagement letters, and fee schedules for the following payroll service providers during the Covered Period[2]:

   a. ADP (in its capacity as payroll provider)

   b. PaycheckCity

   c. QuickBooks Payroll (Intuit)

   d. Patriot Payroll

8. The original contracts, service agreements, engagement letters,

---

[2] Which includes January 1, 2021 to the date of production, as well as all documents created before January 1, 2021 that were used or relied on as of January 1, 2021.

and/or fee schedules for ADP for plan trustee and administration services.

9.  408(b)(2) Compensation and Fee Disclosure Statements for 2021 and 2022.

10.  404(a)(5) Participant Fee Disclosure Statements for 2021 and 2022.

11.  ADP Advice of Debit statement covering December 2025.

12.  Contracts, service agreements, engagement letters, and/or fee schedules for the remainder of the Covered Period in which Caring Like Family and ADP agreed to the fees that appear in each year's Trust Report (under Schedule of Fees Paid from Trust Assets), 408(b)(2) disclosure statements, 404(a)(5) disclosure statements, Executive Summary Statements, and ADP Advice of Debit statements.

13.  If Caring Like Family and ADP agreed to any fees for trustee, recordkeeping, and payroll services other than those reflected in in the documents listed immediately above, contracts, service agreements, engagement letters, and/or fee schedules for the remainder of the Covered Period establishing those fee agreements.

**For Subpoena Item 16:**

14.  Payroll summary page for each pay period during the Covered Period, by pay date, for all Caring Like Family entities, showing the date and amounts of total employee contributions and participant loan payments withheld.

15.  Individual payroll records for each pay period during the Covered Period, for all Caring Like Family entities, showing the month, date, and year and amounts of total employee contributions and participant loan payments withheld. The production must include at minimum:

4

    a. For Caring Like Family, Inc.:

        i. January 1, 2021–July 2, 2021

        ii. December 18, 2021–December 31, 2021

        iii. January 1, 2022–December 16, 2022

        iv. April 22, 2023–December 31, 2023

        v. January 1, 2024–December 31, 2024

        vi. January 1, 2025–December 31, 2025

    b. For Caring Like Family Hospice:

        i. January 1, 2021–July 2, 2021

        ii. June 18, 2022–November 18, 2022

        iii. December 17, 2022–December 31, 2022

        iv. January 1, 2023–January 13, 2023

        v. January 28, 2023–April 21, 2023

        vi. April 9, 2023–December 31, 2025

    c. For Always Like Family Nursing Services: All pay periods during the Covered Period.

IT IS SO ORDERED.

Dated: _____4/1/26_____

_Cynthia Valenzuela_

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

5